# United States District Court
## For The Western District of North Carolina
## Asheville Division

Daniel Jablonski ,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                     1:11-cv-00243

Michael J. Astrue,

Commissioner of Social Security

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/3/12 Order of Remand.

Signed: April 3, 2012

Frank G. Johns, Clerk
United States District Court