# United States District Court
# For The Western District of North Carolina
# Asheville Division

Daniel Jablonski ,

    Plaintiff(s),

vs.

Michael J. Astrue,
Commissioner of Social Security

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:11-cv-00243

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/3/12 Order of Remand.

Signed: April 3, 2012

Frank G. Johns, Clerk
United States District Court